In the Matter of the Application of FREDERIC W. SHEP-ARD, Appellant, for a Writ of Mandamus against CHARLES STRAUSS et al., as Commissioners of the Board of Water Supply of the City of New York, Respondents.

*Matter of Shepard* v. *Strauss,* 164 App. Div. 935, appeal dismissed. (Argued April 14, 1915; decided May 4, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 16, 1914, which affirmed an order of Special Term denying a motion for an alternative writ of mandamus to compel reinstatement of the petitioner to the position of clerk in the board of water supply in the city of New York.

*Roger Foster* and *Frederic White Shepard* for appellant.

*Frank L. Polk, Corporation Counsel* (*Terence Farley, Charles J. Nehrbas* and *Elliot S. Benedict* of counsel), for respondents.

Appeal dismissed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ. Not voting: CARDOZO, J.